UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| FRESNO UNIFIED SCHOOL DISTRICT, | CASE NO. 1:14-cv-00555-MJS |
|---|---|
| Plaintiff, | **ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM** |
| v. | **(ECF NO. 17-1)** |
| K.U., et al., | |
| Defendants. | |

For good cause shown, the petition (ECF No. 17-1) for an order appointing A.D.U. as guardian ad litem for K.U. is hereby GRANTED.

IT IS SO ORDERED.

Dated:   July 21, 2014                         /s/ *Michael J. Seng*
                                                              UNITED STATES MAGISTRATE JUDGE