UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO UNIFIED SCHOOL DISTRICT,<br><br>            Plaintiff,<br><br>      v.<br><br>K.U., et al.,<br><br>            Defendants.<br>_____<br><br>AND RELATED COUNTER-CLAIMS | CASE No. 1:14-cv-00555-MJS<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE IN LIGHT OF STIPULATION OF DISMISSAL**<br><br>**(ECF No. 54)** |

This action arises out of a dispute regarding Plaintiff/Counter-Defendant Fresno Unified School District's provision of educational services to Defendant/Counterclaimant K.U. pursuant to the Individuals with Disabilities Education Act.

On April 10, 2015 the parties filed, pursuant to Rule 41(a)(1), a stipulation for dismissal with prejudice of the entire action, to include:  Defendant's Counterclaim previously consolidated from Case No. 1:12-cv-01699; Defendant's First Amended Counterclaim; and, Plaintiff's First Amended Complaint.  The stipulation provides for each party to bear its own attorney's fees and costs.

Pursuant to Rule 41(a)(1), the Stipulation serves to terminate the matter. Accordingly, this action is DISMISSED with prejudice pursuant to the parties' stipulation.

IT IS SO ORDERED.

Dated:   April 13, 2015        /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE