Tania L. Whiteleather SBN 141227
Law Offices of Tania L. Whiteleather
5445 E. Del Amo Blvd. Ste 207
Lakewood, CA 90712
(562) 866-8755 (562) 866-6875
tlwhiteleather@gmail.com

Attorney for Defendants/Counterclaimants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO UNIFIED SCHOOL DISTRICT, <br><br> Plaintiff, <br><br> v. <br><br> K.U., a Student, by and through her educational rights holder and mother, A.D.U, and A.D.U., individually, <br><br> Defendants. <br>_____<br> K.U., by and through her Guardian Ad Litem, A.D.U. and A.D.U. individually, <br><br> Counterclaimants, <br><br> v. <br><br> FRESNO UNIFIED SCHOOL DISTRICT, <br><br> Counterdefendant. <br>_____ | Case No. 1:14-CV-00555-MJS <br><br> ORDER ON JOINT STIPULATION |

 The Court, having reviewed the Joint Stipulation filed by the parties herein, Orders as follows:

 The stipulation filed by the parties on April 10, 2015 contains

1

JOINT STIPULATION FOR ORDER STRIKING A LINE IN THE JOINT STIPULATION
FILED 4-10-15 AND FOR CORRECTION OF COURT ORDER ISSUED ON APRIL 13, 2015.

a line that states, ". . .and that each party shall bear its own costs and fees." That line is hereby stricken from the filed stipulation.

    Upon joint stipulation of the parties, the Court now also amends its prior order issued on April 13, 2015 to remove the the sentence of that order which states, ". . .[t]he stipulation provides for each party to bear its own attorney's fees and costs." The effective date of the dismissal of this action with prejudice shall remain April 13, 2015.

IT IS SO ORDERED.

Dated:    June 1, 2015       /s/ *Michael J. Seng*
      UNITED STATES MAGISTRATE JUDGE